5531.21

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **KELSEY FISHER,** | ) |
| **Plaintiff,** | ) |
| | ) Case No. _____ |
| v. | ) (Removal from the District Court |
| | ) Leavenworth County, 1st District, |
| **BASEHOR-LINWOOD UNIFIED** | ) Kansas, Case No. 18CV246) |
| **SCHOOL DISTRICT NO. 458,** | ) |
| **Defendant.** | ) |

## NOTICE OF REMOVAL

COMES NOW the Defendant Basehor-Linwood Unified School District No. 458, pursuant to 28 U.S.C. §1441 and D.Kan.R. 81.1, and hereby gives notice of removal of this action pending in the District Court of Leavenworth Country, Kansas, to the United States District Court for the District of Kansas. In support of the removal, Defendant states:

1. On September 5, 2018, Kelsey Fisher commenced a civil action in the District Court of Leavenworth County, Kansas, bearing Case No. 18-CV-246, against Defendant Basehor-Linwood Unified School District No. 458. Within her Petition for Damages, Plaintiff states federal claims pursuant to 42 U.S.C. § 12101, *et seq.* for alleged disability discrimination and retaliation under the Americans with Disabilities Act. Petition, Counts I & II, pp. 2-6.

2. Plaintiff's Petition for Damages along with a summons were alleged to have been served on Defendant on or about November 5, 2018.[1]

3. Pursuant to Rule 6(a) of the Federal Rules of Civil Procedure and 28 U.S.C. §

---

[1] By filing this notice, Defendant does not waive service or sufficiency of process or consent to personal jurisdiction.

1446(b), this Notice of Removal is filed within thirty (30) days after receipt of the initial pleading on which the aforesaid action is based.

4. The above-referenced action is a civil action over which this court has jurisdiction pursuant to 28 U.S.C. §1331, and is an action which may be removed to this court by the Defendant pursuant to 28 U.S.C. §1441 and that this is a civil action involving a federal question.

5. Plaintiff's Petition filed in the state court action is attached hereto and incorporated herewith.

**WHEREFORE** Defendant Basehor-Linwood Unified School District No. 458 respectfully request that the above titled action be removed from the District Court of Leavenworth County, Kansas to the United States District for the District of Kansas, and that this Court assume full jurisdiction over the cause herein provided by law.

## DESIGNATION OF PLACE OF TRIAL

Defendant, in accordance with D.Kan.R. 40.2 hereby designates Kansas City, Kansas as the place for trial.

Respectfully submitted,

McANANY, VAN CLEAVE & PHILLIPS, P.A.
10 E. Cambridge Circle Drive, 300
Kansas City, Kansas 66103
Telephone: (913) 371-3838
Facsimile: (913) 371-4722
E-mail: ggoheen@mvplaw.com

By: /s/ Gregory P. Goheen
      Gregory P. Goheen     #16291

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and a true and correct copy of the above and foregoing was sent to the below listed individuals on this the 5th day of December, 2018, by U.S. Mail, postage pre-paid.

Albert F. Kuhl
15700 College Boulevard, Suite 102
Lenexa, KS 66219

Attorneys for Plaintiffs

/s/ Gregory P. Goheen